DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**A.W.,** the Mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN & FAMILIES,**
Appellee.

No. 4D2023-2694

[June 10, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stacey Schulman, Judge; L.T. Case No. 22-2420DP.

Kathleen K. Pena, Fort Lauderdale, for appellant.

Karla Perkins, B.C.S., Miami, for appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Statewide Guardian Ad Litem Office, Tallahassee, for Guardian Ad Litem, and Jamie Billotte Moses, B.C.S., of Holland & Knight, LLP, Orlando, Pro Bono for Guardian Ad Litem.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***